**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1936**

———————

ALBERT J. THOMAS,

                                    Plaintiff - Appellant,

        versus

GOODYEAR TIRE & RUBBER COMPANY, INCORPORATED,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Norman K. Moon, District Judge.
(CA-00-48-4)

———————

Submitted:  February 28, 2002        Decided:  March 11, 2002

———————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Daniel F. Reed, Durham, North Carolina, for Appellant.  William B. Poff, Frank K. Friedman, Thomas M. Winn, III, WOODS, ROGERS & HAZLEGROVE, P.L.C., Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert Thomas appeals the district court's order granting summary judgment to Defendant in this action alleging racial disparity in pay and retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and the district court's opinion and agree with the district court that Thomas failed to establish a prima facie case of discrimination under Title VII. Further, the district court did not abuse its discretion in ruling on counsel's motion to withdraw at the hearing on the Defendant's motion for summary judgment. Therefore, we find no reversible error and affirm on the reasoning of the district court. See Thomas v. Goodyear Tire & Rubber Co., No. CA-00-48-4 (W.D. Va. June 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED